**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13289
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

WARREN LAREN SAVAGE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cr-00018-TKW-1
_____

Before JORDAN, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

John Wilkins, appointed counsel for Warren Savage in this direct criminal appeal, has moved to withdraw from further repre-

2                          Opinion of the Court                    24-13289

sentation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Savage's conviction and sentence are **AFFIRMED**.